UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LISA A. TOWERS,

                Plaintiff,           5:09-CV-0070
                                                      (GTS/VEB)
-vs-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LEGAL SERVICES OF CENTRAL NEW YORK<br>  Counsel for Plaintiff<br>472 South Salina Street, Suite 300<br>Syracuse, NY 13202 | CHRISTOPHER CADIN, ESQ.<br>JAMES T. MURPHY, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF REGIONAL GEN. COUNSEL<br>  Counsel for Defendant<br>26 Federal Plaza, Room 3904<br>New York, NY 10278 | ROBERT R. SCHRIVER, ESQ. |

HON. GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

      The above-captioned action comes to this Court following a Report-Recommendation by United States Magistrate Judge Victor E. Bianchini, filed on June 8, 2010, recommending that the Commissioner's decision denying disability benefits be remanded back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. No. 21.)  No Objections to the Report-Recommendation have been filed, and the time in which to do so has expired.  After carefully reviewing all of the papers in this action, including Magistrate Judge Bianchini's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise.  As a result, the Report-Recommendation is accepted and

adopted in its entirety; and the Commissioner's decision denying disability benefits is remanded back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 21) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that this action is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:   August 24, 2010
         Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge