# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**LISA A. TOWERS**

       vs.                            **CASE NUMBER: 5:09-CV-0070**
                                                                   **(GTS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of Magistrate Judge Bianchini is ACCEPTED and ADOPTED in its entirety.  This action is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 24th day of August, 2010.

DATED: August 24, 2010

*[signature]*
Clerk of Court

                                               s/ Melissa Ennis
                                               Melissa Ennis
                                               Deputy Clerk