RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

ROBERT R. SCHRIVER
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 281
Fax: (212) 264-6372
robert.schriver@ssa.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------- x
LISA A. TOWERS,

       Plaintiff,

       v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
----------------------------------------------------- x

Civil Action No. 09-0070 GTS/VEB

**CONSENT ORDER FOR PAYMENT
OF ATTORNEY FEES UNDER EAJA**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of five thousand, eight hundred, and fifty dollars and no cents ($5,850.00), in fees in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

AND, the Court having reviewed the record in this matter;

IT IS on this 2nd day of September, 2010;

ORDERED that plaintiff be awarded fees and costs under EAJA in the amount of five thousand, eight hundred, and fifty dollars and no cents ($5,850.00) in fees, that payment may be paid to plaintiff's counsel if plaintiff has executed a valid assignment and plaintiff owes no debt to the federal government that is subject to offset, and it is further

ORDERED that the within matter is dismissed with prejudice.

*[signature]*
HON. GLENN T. SUDDABY
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

Dated: September 1, 2010

By: /s/ Robert R. Schriver
Robert R. Schriver
Special Assistant U.S. Attorney
Bar Roll No. 515977
Attorney for Defendant

Legal Services of Central New York, Inc.

By: /s/ Christopher Cadin
Christopher Cadin
Bar Roll No. 505497
Attorney for Plaintiff