# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

_____

**LISA A. TOWERS**

      vs.                                   **CASE NUMBER: 5:09-CV-0070**
                                                                         **(GTS/VEB)**

**COMMISSIONER OF SOCIAL SECURITY**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of Magistrate Judge Bianchini is ACCEPTED and ADOPTED in its entirety.  This action is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that Plaintiff is awarded costs under EAJA in the amount of five thousand, eight hundred and fifty dollars ($5,850.00).  Payment may be paid directly to Plaintiff's counsel if a valid assignment has been executed and Plaintiff does not owe any debt to the federal government that is subject to offset.  The matter of attorney fees is DISMISSED with prejudice.

All of the above pursuant to the Orders of the Honorable District Judge Glenn T. Suddaby, dated the 24th day of August, 2010 and the 2nd day of September 2010.


DATED: September 3, 2010

                                                                         *Clerk of Court*

                                                                         s/ Melissa Ennis
                                                                         Melissa Ennis
                                                                          Deputy Clerk